**Electronically Filed
Supreme Court
SCWC-18-0000294
26-AUG-2019
09:02 AM**

SCWC-18-0000294

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

ARNET D. PERSONS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000294; CASE NO. 1DCW-17-0002602)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Arnet D. Persons' application

for writ of certiorari, filed on July 24, 2019, is hereby rejected.

DATED: Honolulu, Hawai'i, August 26, 2019,

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson